UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHU SOI,<br><br>    Petitioner,<br><br>  v.<br><br>THOMAS W. HUSSEY, et al.,<br><br>    Respondents. | CV NO. 15-5119-DDP (AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: October 28, 2015__

_____
Dean D. Pregerson
United States District Judge